UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60968-CIV-COHN/WHITE
(Case No. 06-60292-CR-COHN)

SHERAN LAWRENCE,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent,
_____/

### ORDER ADOPTING AMENDED REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Amended Report of United States Magistrate Judge Patrick A. White [DE 14] ("Amended Report") regarding Sheran Lawrence's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1] ("Motion to Vacate"). Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion to Vacate, Ms. Lawrence's Memorandum of Law in Support of her Motion to Vacate [DE 4], the Government's Response [DE 7], Ms. Lawrence's Reply [DE 8], Judge White's Amended Report, and is otherwise advised in the premises.

On January 20, 2011, Judge White filed his Amended Report of Magistrate Judge, in which he stated that Ms. Lawrence could file objections to the report within fourteen days of receipt. DE 14 at 9. On February 14, 2011, Ms. Lawrence filed a Motion for Extension of Time to file Objections to the Magistrate's Report and Recommendations [DE 15]. The same day, the Court granted the extension, stating,

"Ms. Lawrence shall file her Objections to Magistrate Judge Patrick A. White's Amended Report [DE 14] by no later than **March 1, 2011**." DE 16 at 1.  To date, Ms. Lawrence has not filed any objections.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Amended Report of United States Magistrate Judge Patrick A. White [DE 14] **ADOPTED**.

2. Sheran Lawrence's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1] is **DENIED with prejudice**.

3. All pending motions are **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of March, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Sheran Lawrence, *pro se*
Reg. No. 77123-004
FCI - Tallahassee
Federal Correctional Institution
Inmate Mail/Parcels
501 Capital Circle, NE
Tallahassee, FL 32301

2