UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60968-CIV-COHN/WHITE
(Case No. 06-60292-CR-COHN)

SHERAN LAWRENCE,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent,

_____/

## ORDER DENYING MOTION TO SET ASIDE ORDER AND FINAL JUDGMENT AND DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court on Movant Sheran Lawrence's Motion to Set Aside Order and Final Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b) [DE 21] ("Motion"). The Court has considered the Motion and the record in this case, and is otherwise advised in the premises.

On June 8, 2010, Ms. Lawrence filed her Motion to Vacate [DE 1], challenging the sentence she received after pleading guilty to conspiracy to commit bank fraud and identity theft in Case No. 06-60292-CR-COHN. On January 20, 2011, Judge White filed his Amended Report of Magistrate Judge [DE 14], recommending that the Court deny Ms. Lawrence's Motion to Vacate. After reviewing Judge White's Report and Ms. Lawrence's Objections [DE 19], the Court issued its Amended Order Adopting Amended Report of Magistrate Judge [DE 20], overruling Ms. Lawrence's Objections, adopting the Amended Report of Magistrate Judge, and denying with prejudice Ms. Lawrence's Motion to Vacate.

In the instant Motion, Ms. Lawrence requests compliance with Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Pursuant to Rule 11(a), "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." 28 U.S.C. foll. § 2255, 11(a). Ms. Lawrence contends that the Court erred by failing to issue or deny a certificate of appealability in its Amended Order Adopting Amended Report of Magistrate Judge. Therefore, she requests that the Court "set aside its order and reissue a new order and final judgment in compliance with Rule 11(a) governing § 2255 proceedings; and/or allow Movant Sheran Lawrence to brief on whether a certificate should issue." DE 21 at 2.

Ms. Lawrence filed her Motion pursuant to Federal Rule of Civil Procedure 60(b). Rule 60(b) provides terms under which a court may relieve a party from a final judgment, order, or proceeding. See Fed. R. Civ. P. 60(b). However, Ms. Lawrence does not appear to seek relief from a final judgment. Rather, she requests that the Court amend its order. Accordingly, the Court construes the instant Motion as a request to alter or amend a judgment pursuant to Federal Rule of Civil Procedure 59(e).

Under Rule 59(e), there are "three major grounds which justify reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." Association For Disabled Americans, Inc. v. Amoco Oil Co., 211 F.R.D. 457, 477 (S.D. Fla. 2002). However, a Rule 59(e) motion must be filed within 28 days after the entry of the judgment. See Fed. R. Civ. P. 59(e). The Amended Order Adopting Amended Report of Magistrate Judge [DE 20] was entered on April 1, 2011. Ms. Lawrence filed the instant motion on May 18, 2011, see DE 21 at 2, well over 28 days later. Therefore, the Court cannot grant relief under Rule 59(e).

Nevertheless, the Court also construes the instant Motion as a Request for a Certificate of Appealability.  A district court may only issue a certificate of appealability "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Ms. Lawrence has not made such a showing here.  For this reason, the Court will deny her Request for Certificate of Appealability.  Pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Ms. Lawrence may request issuance of a certificate of appealability from the Eleventh Circuit.  Fed. R. App. P. 22(b)(1).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Ms. Lawrence's Motion to Set Aside Order and Final Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b) [DE 21] is **DENIED**.  It is further

**ORDERED AND ADJUDGED** that Ms. Lawrence's Request for Certificate of Appealability [DE 21] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 7th day of June, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Sheran Lawrence, *pro se*
Reg. No. 77123-004
FCI - Tallahassee
Federal Correctional Institution
Inmate Mail/Parcels
501 Capital Circle, NE
Tallahassee, FL 32301